UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOZEF GARAN,<br><br>                         Plaintiff,<br><br>     -against-<br><br>NEW YORK-PRESBYTERIAN HOSPITAL,<br><br>                         Defendant. | 24-cv-6978 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Clerk of Court is respectfully directed to mail a copy of the order at Dkt. 10 to the pro se plaintiff at 14 Mulberry Street, Apt 3F, Yonkers, NY 10701.

      SO ORDERED.

Dated: October 7, 2024
       New York, New York

                                                ARUN SUBRAMANIAN
                                              United States District Judge