UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOZEF GARAN,<br><br>       Plaintiff,<br><br> -against-<br><br>NEW YORK-PRESBYTERIAN HOSPITAL,<br><br>       Defendant. | 24-cv-6978 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 Plaintiff Jozef Garan's motion to reconsider is DENIED. As the Court previously explained, the case will stay in federal court because there is federal jurisdiction to hear this case. *See* Dkt. 10.

 Garan's motion suggests that he believes the Court's denial of his motion to send this case back to state court is a decision about his case's substance. It is not. All that the Court's previous order means is that Garan's case will happen before this Court, rather than the state court where it was originally filed. This is required by statutes and laws that the Court is required to follow. But the Court has not made any decisions yet about the case's substance.

 The Clerk of Court is directed to terminate the motion at Dkt. 17. The Clerk of Court is also directed to mail a copy of this order to the pro se plaintiff.

 SO ORDERED.

Dated: November 19, 2024
   New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge