UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOZEF GARAN,

                Plaintiff,

-against-

NEW YORK-PRESBYTERIAN HOSPITAL,

                Defendant.

24-cv-6978 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    On December 10, 2024, the Court held the initial pre-trial conference in this case. As discussed at that hearing:

1. If he so chooses, plaintiff Jozef Garan may submit a letter to the Court outlining the concerns he raised at the conference that he has relating to the defendant's conduct.

2. By **January 9, 2025**, defendant New York-Presbyterian Hospital will produce the administrative record to Garan. With the record, New-York Presbyterian Hospital shall include a cover letter that provides an explanation of what the record contains, such that Mr. Garan can understand the record's contents.

3. By **February 10, 2025**, New-York Presbyterian Hospital will file any motion for summary judgment.

4. By **March 12, 2025**, Garan will respond to New-York Presbyterian Hospital's motion. If Mr. Garan needs more time to respond, he will let the Court know.

5. By **March 26, 2025**, New-York Presbyterian Hospital will file any reply brief.

The Clerk of Court is respectfully requested to mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated: December 11, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge