UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOZEF GARAN,<br><br>                       Plaintiff,<br><br>-against-<br><br>NEW YORK-PRESBYTERIAN HOSPITAL,<br><br>                       Defendant. | 24-cv-6978 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court is in receipt of plaintiff Jozef Garan's letter, dated December 11, 2024. As the Court explained at the December 10, 2024 hearing and as the Court stated in its December 11, 2024 order (Dkt. 25), the parties have agreed to a discovery and briefing schedule. What this means is that the parties have agreed to a timeline for the exchange of the underlying documents and other materials related to this case and a timeline for presenting their arguments in writing to the Court. These timelines are described in the Court's December 11, 2024 order (Dkt. 25) and were discussed by the parties at the December 10, 2024 hearing. **The Court is aware that the parties have not agreed on the substance of this case.**

      The Clerk of Court is directed to mail a copy of this order to the pro se plaintiff.

      SO ORDERED.

Dated: December 16, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                      United States District Judge