24-CV-06825 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOZEF GARAN.,

                Plaintiff,

       -v-                                      24-CV-06978 (JAV)

NEW YORK PRESBYTERIAN LAWRENCE         ORDER
HOSPITAL,

                Defendant.
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      The Court is in receipt of pro se plaintiff Jozef Garan's letter, dated January 2, 2025, which appears to ask whether this Court requires him to submit a letter Court outlining the concerns he raised at the December 10, 2024 conference regarding the Defendant's conduct. This Court does not require such letter from Mr. Garan but Mr. Garan may submit such a letter outlining his concerns if he so chooses.

      Furthermore, as United States District Judge Arun Subramanian stated in his December 11, 2024 order (ECF No. 25), the parties have agreed to a discovery and briefing schedule. As Judge Subramanian clarified in his Order on December 16, 2024 (ECF No. 27), this schedule provides a timeline for parties to present their arguments in writing to the Court and exchange documents. Unless the parties request additional time, this Court will use the same schedule provided for in the December 11, 2024 order.

      Per the schedule, the next deadline is **January 9, 2025**, by which the Defendant is to produce the administrative record to Mr. Garan. The Defendant has also been directed to include a cover letter explaining what the record contains so that Mr. Garan can understand the record's contents. Mr. Garan is also advised to direct any questions regarding the discovery and briefing processes to the Pro Se Office at (212) 805-0175.

      SO ORDERED.

Dated: January 7, 2025                                  _____
      New York, New York                         JEANNETTE A. VARGAS
                                                                United States District Judge