UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOZEF GARAN,                                                      :
:
                  Plaintiff,                        :
:      24-CV-06978 (JAV)
        -v-                                                     :
:      <u>ORDER</u>
NEW YORK-PRESBYTERIAN HOSPITAL,                :
:
                  Defendant.                       :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       The Court is in receipt of *pro se* plaintiff Jozef Garan's letter, dated January 21, 2025. (ECF No. 33). Plaintiff's letter asks why the case was reassigned to Judge Jeannette A. Vargas, asks about the briefing schedule, and asks if he can submit a letter regarding Defendant's conduct. The Court takes each of these questions in turn below.

       First, on January 14, 2025, this case was reassigned to Judge Jeannette A. Vargas. This case was reassigned to Judge Vargas because she recently joined the Court. It is the practice in this Court for cases to be reassigned from other judges to new judges in this district. Under Rule 10 of the [Rules for the Division of Business Among District Judges, S.D.N.Y](#), "when a new judge is inducted, the assignment committee shall transfer to the new judge an equal share of all cases then pending."

       Second, the deadlines in this case have not changed from Judge Subramanian's December 11, 2024 Order (ECF No. 25). The deadlines are restated below:

- By January 9, 2025, defendant New York-Presbyterian Hospital will produce the administrative record to Garan. With the record, New-York Presbyterian Hospital shall include a cover letter that provides an explanation of what the record contains, such that Mr. Garan can understand the record's contents.

  Counsel for the Defendant has filed papers on the docket stating that this has been done.

- By February 10, 2025, New-York Presbyterian Hospital will file its motion for summary judgment.

- By March 12, 2025, Mr. Garan will respond to New-York Presbyterian Hospital's motion. If Mr. Garan needs more time to respond, he will let the Court know.

- By March 26, 2025, New-York Presbyterian Hospital will file any reply brief.

There is a Pro Se Law Clinic in this District to assist parties in civil cases who do not have lawyers. The Clinic may be able to provide a pro se litigant with advice in connection with his or her case. The Pro Se Law Clinic is run by a private organization; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. Under normal circumstances, the Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. An unrepresented party can make an appointment by visiting the Clinic's website at https://www.nysd.uscourts.gov/attorney/legal-assistance or by calling (212) 659-6190.

Lastly, Mr. Garan may also direct any questions regarding discovery and motion practice to the Pro Se Office at (212) 805-0175.

SO ORDERED.

Dated: January 24, 2025  
New York, New York

_____  
JEANNETTE A. VARGAS  
United States District Judge