UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOZEF GARAN,<br><br>                 Plaintiff,<br><br>     v.<br><br>NEW YORK PRESBYTERIAN LAWRENCE HOSPITAL,<br><br>                 Defendant. | 24-CV-06978 (JAV)<br><br>**ORDER** |

JEANNETTE A. VARGAS, United States District Judge:

      The Court is in receipt of Mr. Garan's letters dated February 7, 2025 (ECF No. 36), in which he requests an extension of time to file his response to the Defendant's motion for summary judgment to May 2025, and his subsequent letter dated February 27, 2025, seeking an extension of time until June 2025 to respond to Defendant's motion for summary judgment. The request for an extension of time is GRANTED. Mr. Garan shall have until **June 13, 2025**, to file his opposition to the summary judgment motion. Defendant's reply papers shall be due by **July 3, 2025**.

      Plaintiff is on notice that the Court is unlikely to grant any additional extensions of this deadline absent extraordinary circumstances.

Dated: March 4, 2025
       New York, New York

                                                               */s/ Jeannette Vargas*
                                                              JEANNETTE A. VARGAS
                                                              United States District Judge