**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

JOZEF GARAN,

Plaintiff,

-against-

24 **CIVIL** 6978 (JAV)

**JUDGMENT**

NEW YORK-PRESBYTERIAN HOSPITAL,

Defendant.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 24, 2026, Defendant's motion for summary judgment is **GRANTED**; accordingly, the case is closed.

**Dated:** New York, New York

July 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**